# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2019

*The Court of Appeals hereby passes the following order:*

**A20E0018. DEBORAH L. BEACHEM v. CHARLES BEACHEM.**

The Appellant in the above-styled case has filed an emergency motion pursuant to Court Rule 40(b) entitled Appellant's Request For Extension Of Time To File Application For Discretionary Appeal Of Orders In Child Custody Case Issued Without Jurisdiction. Court Rule 31(i) provides no extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date as a Rule 40(b) emergency motion.

The instant application was due on December 30, 2019. The emergency motion was filed and docketed on the afternoon of December 13, 2019. The request for extension is hereby GRANTED. Appellant's discretionary application shall be due on December 20, 2019.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/16/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*